FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TREVOR SNEVA, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK, N.A., a national bank; and DOES 1–10,<br><br>    Defendants. | No. 2:23-CV-00060-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE, DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE**<br><br>ECF No. 27 |

Before the Court is the parties' Stipulated Motion for Dismissal With Prejudice, ECF No. 27.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal With Prejudice, **ECF No. 27**, is **GRANTED**.

2. Pursuant to the stipulation of the parties, the Clerk of the Court shall enter judgment of dismissal of the Amended Complaint, **ECF No. 19**, and the claims therein with prejudice and without costs or fees to any party.

**IT IS SO ORDERED**. The Clerk of Court is hereby directed to enter this Order and judgment, forward copies to counsel, and close this file.

**DATED** this 12th day of February 2024.

*[signature]*

Stanley A. Bastian
Chief United States District Judge

**ORDER -** 1